## SENDER: *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MILLICENT WILSON
TDCJ # 02137754
MARLIN UNIT
2893 STATE HIGHWAY 6
MARLIN TX 76661 6588

9590 9402 1855 6104 9433 49

2. Article Number *(Transfer from service label)*

7016 0910 0001 3035 3128

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _J. Killgore_   ☑ Agent ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
J. Killgore   11-14-17

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS

12/19/2017 10:32:50 AM

DEBRA SPISAK
Clerk

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt